NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAHMAN KAMAL ROGERS,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2026-1228

---

Appeal from the United States Court of Federal Claims in No. 1:25-cv-01166-EMR, Judge Eleni M. Roumel.

---

## O R D E R

On March 17, 2026, the Court docketed an order directing the docketing fee to be paid "no later than 21 days from the date of entry of this order." ECF No. 23. To date, the filing fee has not been received. Accordingly, the appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(d), it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT



April 10, 2026
Date

Jarrett B. Perlow
Clerk of Court